**No. 62335.**—H. A. Caesar & Co. et al. *v.* United States, protests 35524–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

Before the Third Division, September 11, 1958

**No. 62336.**—James E. Fox & Co., Inc. *v.* United States, petition 7228–R (New York).

Opinion by Johnson, J. The petition was dismissed.

September 9, 1958

**No. 62337.**—Suit 4935.—Inter-Maritime Forwarding Co., Inc. *v.* United States.——————C. D. 1897 reversed June 24, 1958. C. A. D. 685.

Before the Second Division, September 16, 1958

**No. 62338.**—Railway Express Agency, Incorporated *v.* United States, protest 58/1902 (Boston).

Opinion by Ford, J. The protest was dismissed for lack of prosecution.

Before the Third Division, September 16, 1958

**No. 62339.**—Harvard Clothing Company *v.* United States, protest 58/1887 (Boston).

Opinion by Richardson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.